Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

_Southern_ District of _Indiana_

_Evansville_ Division

|  |  |
|---|---|
| _Dustin M Nevil_ | ) Case No. _3:23-cv-125-MPB-MJD_ |
|  | ) _(to be filled in by the Clerk's Office)_ |
| _____ | ) |
| Plaintiff(s) | ) Jury Trial: _(check one)_ ☑ Yes ☐ No |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
|  | ) **FILED** |
| -v- | ) |
| _Laurie D Nevil_ | ) AUG 14 2023 |
| _Laurie B Bumb_ | ) |
| _____ | ) U.S. DISTRICT COURT |
| Defendant(s) | ) EVANSVILLE, INDIANA |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | _Dustin M Nevil_ |
| Street Address | _6914 W Mill Rd_ |
| City and County | _Evansville, Vanderburgh_ |
| State and Zip Code | _Indiana 47720_ |
| Telephone Number | _812-305-9093_ |
| E-mail Address | _Dustinnevil@yahoo.com_ |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          Laurie B Nevil

Job or Title *(if known)*      Para legal

Street Address                1677 Phillips Rd

City and County               Boonville , Warrick

State and Zip Code            Indiana    47601

Telephone Number              812-459-6949

E-mail Address *(if known)*

Defendant No. 2

Name                          Laurie B Bumb

Job or Title *(if known)*      Lawyer

Street Address                708 college Hwy

City and County               Evansville , Vanderburgh

State and Zip Code            Indiana    47714

Telephone Number              812-913-5007

E-mail Address *(if known)*    www. Bumblaw . com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ECPA 18 U.S.C. ss 2510-2523 , 18 U.S.C. ss 2515, 18 U.S.C. ss 2520 The fourth Amendment of the united States constitution.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

   a.  If the plaintiff is an individual

      The plaintiff, *(name)* Dustin M Nevil , is a citizen of the State of *(name)* Indiana .

   b.  If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

   a.  If the defendant is an individual

      The defendant, *(name)* Laurie B Nevil , is a citizen of the State of *(name)* Indiana . Or is a citizen of *(foreign nation)* _____ .

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ECPA 18 U.S.C. SS 2510-2523, 18 U.S.C. SS 2515, 18 U.S.C. SS 2520 The Fourth Amendment of the united States consti.tution

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Dustin M Nevil , is a citizen of the State of *(name)*  Indiana .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Laurie B Bumb , is a citizen of the State of *(name)*  Indiana . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* _____.

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

      3.    The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

          *$175,000.00 Per 18 U.S. Code § 2520 for Damages*

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Please See Attached*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please See attached*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _8-14-23_

Signature of Plaintiff   _[signature]_

Printed Name of Plaintiff   _Dustin M Neoil_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

# Statement of Claim

1

Laurie Nevil violated my rights by snooping trough my phone without permission to gain an advantage through our divorce listed below are the dates of events that she has used in trial. And she admitted under oath that she got the screen shots from my phone. See attached admission under oath. Under the ECPA it is illegal for anyone to give their self-access without a court order or subpoena. Under 18 U.S. code ss 2520 Gives me the right to file this suit and ask for damages and Relief.

11/25/2021 @ 7:00 PM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

11/27/2021 @6:03 AM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

Sometime between 12/1/21-1/4-22 Laurie blocked my lawyer Kena Hollingsworth's contact from calling my phone. I wondered why I wasn't receiving calls or emails.

12/1/21 @ 6:45 AM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

12/10/21 @ 5:32 AM

Laurie was going through my phone while I was sleeping without permission and taking pictures with her phone.

12/18/21 @ 7:29 AM

Laurie was going through my phone without permission and taking pictures with her phone. Also taking pictures of me sleeping.

12/20/21 @5:46 PM Laurie is taking pictures of me sleeping.

During this time, I had tons of pictures, text messages, and emails deleted.

4/10/22 @ 10:31 PM Laurie guided Tyler over the phone how to take the sim cards out of my cameras and then discussed where to store them. Tyler stayed with Laurie for a few days and she has the sims cards until this day to my knowledge.

We had Company Emails and Personal Emails deleted during this time. Photos and texts pertaining to the origin of where assets came from were disappearing off all of these platforms. During this time my Lawyer, Mark Miller, was put on Junk mail and I didn't receive his emails until I figured out what was going on.

I pray you please put a stop to this harassment, damaging of my personal Reputation, and release of my private information.

2. Laurie Bumb

On January 14, 2022 Laurie Bumb stood outside the Gibson County court room going trough papers turned out to be what Laurie Nevil took off my phone without Permission. She then knowing how they were obtained submitted them into evidence. Under 18 U.S. code ss 2520 Gives me the right to file this suit and ask for damages and Relief.

# Relief

Stop the releasing of my private messages, texts, emails and Facebook posts she illegally obtained. Stop releasing my SS# date of birth and any personal information related to me. Stop slandering me and my companies in court and in public especially the Vanderburgh County court house. I am suing for $175,000.00 for Exemplary damages, Punitive damages and loss of work and Tarnishment. The reason I'm entitled to this is because Laurie Nevil and Laurie Bumb violated federal law and caused me emotional stress and loss of income. Under the ECPA and my freedom of speech. 18 U.S. code 2520 Gives me the right to seek civil action.

*ex A*

**PETITIONER'S EVIDENCE - LAURIE NEVIL - DIRECT EXAM**

1    Q     Your counsel's asking how do you know that - about things that

2    Mr. Nevil has allegedly said to other people.  How - what is the basis of your

3    knowledge of these alleged communications?

4    A     I've seen them.

5    Q     Okay.  And were these things that people showed you?

6    A     No.

7    Q     When - and then how have you seen them?

8    A     I saw it on his phone.

9          MR. MEANS:  Okay.

10                   <u>DIRECT EXAMINATION CONTINUED</u>

11   BY MS. BUMB, COUNSEL FOR THE PETITIONER:

12   Q     I'm going to show you what I've marked as your Exhibit 30.  And can you

13   tell us what that is?

14   A     This is where he's talking to - it's not Mark.  I think it's the ex-girlfriend

15   that was in our driveway.

16   Q     Okay.

17   A     Where he's trying to do everything he can to get me out of the house,

18   like, harassing, like, just to run me out.

19   Q     Okay.

20   A     Because he's told our son that whoever files is the one that's supposed to

21   get out of the house.

22   Q     And he says here that you're listening to him effing with you.

23   A     Yeah.  He was telling me he - this might have been the time he was

24   saying he was going to have a party in the garage.  And it wasn't my business

25   who he had over.  And they were going to be drinking and -

*Ex 1*

11/25/2021 @ 7:00 PM

Laurie was stalking me and going through my phone without permission and taking pictures with her phone.

11/27/2021 @6:03 AM

Laurie was stalking me and going through my phone without permission and taking pictures with her phone.

Sometime between 12/1/21-1/4-22 Laurie blocked my lawyer Kena Hollingsworth's contact from calling my phone. I wondered why I wasn't receiving calls or emails.

12/1/21 @ 6:45 AM

Laurie was stalking me and going through my phone without permission and taking pictures with her phone.

12/10/21 @ 5:32 AM

Laurie was stalking me and going through my phone without permission and taking pictures with her phone.

12/18/21 @ 7:29 AM

Laurie was stalking me and going through my phone without permission and taking pictures with her phone. Also taking pictures of me sleeping.

12/20/21 @5:46 PM Laurie is taking pictures of me sleeping.

1/6/22 @ 1:14 Pm Laurie trespasses on my sole owned property and enters my barn. Was in my barn for an hour and 14 mins. Leaves at @ 2:32 PM

1/7/22 @ 7:13 AM

Laurie went on to my sole owned property and shut off an internet hot spot that was hooked up to my cameras on 6908 W Mill Rd.

1/7/22 @4:24 PM Laurie and her dad go over to my property @ 6908 W Mill Rd. to steal a corn Shucker that was given to me over 6 years ago.

During this time, I had tons of pictures, text messages, and emails deleted.

Dismantling and damaging my 2020 GMC truck.

1/15/22 @10:53 AM Laurie came onto my property when she had a protection order against me trying to violate me and get me arrested, I was physically scared.

4/10/22 @ 10:31 PM Laurie guided Tyler over the phone how to take the sim cards out of my cameras and then discussed where to store them. Tyler stayed with Laurie for a few days and she has the sims cards until this day to my knowledge.

ex 1

We had Company Emails and Personal Emails deleted during this time. Photos and texts pertaining to the origin of where assets came from were disappearing off all of these platforms. During this time my Lawyer, Mark Miller, was put on Junk mail and I didn't receive his emails until I figured out what was going on.

2/4/23 Laurie and her lawyer are harassing my 2 company's Ralph Smith Auction Realty LLC and Dustin Nevil LLC and my person Dustin M Nevil Also third parties to my company MGE Wholesalers and RSR group. Asking for information pertaining to items that do not pertain to our divorce, because of our prenup see attached. Also, during this process, she disclosed my full social security number Full name Address and date of birth and my LLCs to Third parties without being Redacted. That is a big privacy concern and harassment to hurt me and my companies.

I pray you please put a stop to this stalking, harassment, damaging of my personal property, and release of my private information.



EP 3

**Djs squaw**

What one they will give me $11,000 each for trade and I only owe 8,000 each

I like the black

I think you definitely need to keep one for you. You'll need it to just go out and try and clear your mind.

Dj is really upset with Laurie the more he thinks about it.

I'm giving my big one to Tyler and buying a new one for me

That will be good for both of you!

Tyler's been our buddy.

She's a bitch she's hated me for a long time I wanted away for a while

I'm going to run her in the ground

I know. I'm so sorry. I loved her. I would've never thought she would've done this to you

Her dad's behind it

I'm sure of that too

iMessage

exs

7:51

◀ Search

⟨    **Evansville**
December 18, 2021  8:15 AM    Edit



Pet Ex
6

10:29 ⬈                                      ▪▪▪ LTE 🔋



**Dustin Nevil**
1d · 🌐                                          •••

Laurie Nevil new car hope you love it



♡              💬              ↗

 You, Dot Wilson and 37 others

📷  Write a comment...              GIF  😊

🏠    ▶️    🏪    🚩    🔔    ☰    Pet Ex 16

ex 7



Pet Ex
18

 Like Reply
11h Like Reply 2
View 6 replies...
Stacey Kolb-Sansing
Put a piece of fish in the curtain rods... n bout a week they'll be gone!
10h Like Reply 1
10h Like Reply

**Dustin Nevil**
12h · 

 **Dustin Nevil**
Courtnay Nicole Nevil section E

2h    Like    Reply

 **Dustin Nevil**
Courtnay Nicole Nevil time to get the fuck out

2h    Like    Reply

 Write a reply...

 **Stacey Kolb-Sansing**
Put a piece of fish in the curtain rods.. n bout a week they'll be gone!😂

10h    Like    Reply                    1 

 **Jack R Brown**
Hang in there Buddy🤠

10h    Like    Reply

 **Lara Nicole**
I can't deal with you!! Come stay with us!!

7h    Like    Reply                     1 

 **Dustin Nevil**
Lara Nicole love you guys

2h    Like    Reply

 Write a reply...

 Ashley Hughes

 Write a comment...      

OX 10



**Dustin Nevil**
12h · 🌐



thickin 🙂

11h   Like   Reply                                   2 👍



**Brandon Gretler**
Courtnay Nicole Nevil or just change
password  so they still have

11h   Like   Reply



**Courtnay Nicole Nevil**
Brandon Gretler oh shit how did that slip
my mind 😂

11h   Like   Reply



**Dustin Nevil**
Courtnay Nicole Nevil she pays for the
cable

2h   Like   Reply



**Dustin Nevil**
Courtnay Nicole Nevil



2h   Like   Reply



**Dustin Nevil**

 Write a comment...          

24




**12. PROPERTY DIVISION IN DISSOLUTION OF MARRIAGE, SEPARATION, ANNULMENT OR ANY OTHER TERMINATION OF MARRIAGE OTHER THAN THE DEATH OF A PARTY.** In the event of a Decree of Dissolution of Marriage, Order of Separation, an annulment or termination of the marriage between the parties for any reason other than the death of a party, without regard as to the moving party, the property of the parties shall be divided as follows:

(A)  Individual Property.  Each party hereby waives all right, title and interest in the Individual Property of the other as set out in paragraph 1 above.

(B) Trust Property.  Each party hereby renounces the right to serve as Trustee of any Trust created by the other and does hereby waive and release all right, title and interest in and to any trust estate created by the other party without limitation.

(C) Jointly Held Property at the Execution Hereof.  Such property shall be divided equally between the parties.

(D) Property Acquired During Marriage.  Each party hereby waives all right, title and interest in the Property Acquired During Marriage of the other as set out in paragraph 3 above.

(E) Individually Held Property Later Converted to Joint Property.  Such property shall pass to the survivor at the death of either party, however, such property shall revert to the party who held title to such Individual Property prior to converting the same to Joint Property, including all appreciation thereof and subject to all depreciation thereof.

(F) Wife's Solely Owned Property (referred to as "Individual Property" in paragraph 2).  Wife's solely owned property at the execution of this agreement and acquired during marriage shall be set off to the Wife.

(G) Husband's Solely Owned Property (referred to as "Individual Property" in paragraph 2.  Husband's solely owned property at the execution of this agreement and acquired during marriage shall be set off to Husband.

(H) Spousal Support and Maintenance.  Each party waives any spousal support and maintenance beyond the dissolution of marriage that otherwise they may have been entitled to under I.C. § 31-16-7-2 or any other provision of Indiana law.

(I) Attorney Fees.  If either party challenges or opposes the enforceability of this Premarital Agreement, the challenging or opposing party shall pay for all of the other party's attorney fees.  If either party is found to have breached any of the terms or conditions of this Agreement, the breaching party shall pay all the Attorney fees of the non-breaching party.  Except as set forth in this paragraph, the parties' agree and

stipulate that they shall pay their own attorney fees without contribution from the other party.

**13.  FORMAL PROVISIONS.**  The following provisions shall be applicable to this Premarital Agreement:

*ex 12*



**Dustin Nevil**
12h · 🌐



**Dustin Nevil**
Courtnay Nicole Nevil time to get the fuck out

2h    Like    Reply

  Write a reply...



**Stacey Kolb-Sansing**
Put a piece of fish in the curtain rods.. n bout a week they'll be gone!🥴

10h    Like    Reply                          1 



**Jack R Brown**
Hang in there Buddy😕

10h    Like    Reply



**Lara Nicole**
I can't deal with you!! Come stay with us!!

7h    Like    Reply                          1 



**Dustin Nevil**
Lara Nicole love you guys

2h    Like    Reply

  Write a reply...



**Ashley Hughes**
Kids?

21m    Like    Reply

  Write a reply...

  Write a comment...          

**26**

8:03 ✈

◀ Search

< 

**Evansville**
November 25, 2021  7:00 PM

Edit



Alesha >

Today 4:09 PM

I'm down with the siggness

...ney heard multiple shots to the north of this location, possibly from Diamond Ave. VCSO en route. #ewatch

K & W Premier Heating and Air-sponsor

👍 Like          💬 Comment          ↪ Share

😮 34

3 Shares

Most Relevant ˅

Pet Ex 20





7:05 ⬩

◀ Search

‹        **Evansville**       Edit
December 20, 2021  5:46 PM

◎ LIVE



Pet Ex 23

6:58

◄ Search

<       **Evansville**       Edit
    December 30, 2021  4:37 PM

◎ LIVE



PetEx
24

ex 18

7:02 ⏱
◀ Search

Evansville - Willemette
January 1  5:01 PM

Edit

◉ LIVE



Pet Ex
25