UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN M. NEVIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00125-MPB-CSW |
| | ) | |
| LAURIE B. NEVIL, | ) | |
| LAURIE B. BUMB, | ) | |
| BRENT M. MACER, | ) | |
| JILLIAN N. KRATOCHVIL, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Defendants Laurie Nevil, Laurie Bumb, Brent Macer, and Jillian Kratochvil, and against Plaintiff Dustin Nevil.

**IS IT SO ORDERED**.

Date: August 29, 2024.

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.